**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:    Debtor(s)   David Opelka  Clarita Opelka                    Case No.  19-11380     Chapter   13

All Cases:    Moving Creditor   DITECH FINANCIAL LLC                      Date Case Filed   4/19/19

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing   07/17/2019        or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report Filed on _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 07/02/2019    $137,228.67
   Total of all other Liens against Collateral   $31,796.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $70,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   28        Amount   $49,421.82

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months   3        Amount   $4,536.39

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid       Amount   $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:   July 26, 2019                                         /s/ Brenda Likavec
                                                              Counsel for Movant