**PERSONAL INFORMATION REDACTED**

Ditech Financial LLC
Centralized Bankruptcy Department
**POST PETITION WORKSHEET**

| Account # | ▓▓▓▓▓▓ |
|---|---|
| Case # | 19-11380 |
| Filing Date | 4/19/2019 |
| Post Due Date | 5/1/2019 |
| Post Admin Claim? | No |
| Post Admin Start | |

| Payment Changes | Eff Date | P & I | Escrow | Total | Was PCN/POC filed? | Was the Change Higher? |
|---|---|---|---|---|---|---|
| POC | 5/1/2019 | $ 713.87 | $ 798.26 | $ 1,512.13 | Yes | N/A |
| Change #1 | | | | $ - | Yes | |
| Change #2 | | | | $ - | Yes | |
| Change #3 | | | | $ - | Yes | |
| Change #4 | | | | $ - | Yes | |
| Change #5 | | | | $ - | Yes | |
| Change #6 | | | | $ - | Yes | |
| Change #7 | | | | $ - | Yes | |
| Change #8 | | | | $ - | Yes | |
| Change #9 | | | | $ - | Yes | |
| Change #10 | | | | $ - | Yes | |
| Change #11 | | | | $ - | Yes | |
| Change #12 | | | | $ - | Yes | |
| Change #13 | | | | $ - | Yes | |
| Change #14 | | | | $ - | Yes | |
| Change #15 | | | | $ - | Yes | |

| | Amounts Due | | | Date Post Pmts. Received | Amt Received | Difference | Date Pre Pmts. Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | P & I | Escrow | Total | | | | | | | |
| May-19 | 713.87 | 798.26 | 1512.13 | | 0.00 | 1512.13 | | 0.00 | 5/1/2019 | 1512.13 |
| Jun-19 | 713.87 | 798.26 | 1512.13 | | 0.00 | 1512.13 | | 0.00 | 6/1/2019 | 1512.13 |
| Jul-19 | 713.87 | 798.26 | 1512.13 | | 0.00 | 1512.13 | | 0.00 | 7/1/2019 | 1512.13 |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | $ 2,141.61 | $ 2,394.78 | $ 4,536.39 | **Amount Paid** | $ - | 4,536.39 | | $ - | 5/1/2019 | $ 4,536.39 |

**Post Petition Due Date** 5/1/2019
**Amount Due** $ 4,536.39
**Debtor Suspense** $ -