**Fill in this information to identify the case:**

Debtor 1: **David Opelka**

Debtor 2 (Spouse, if filing): **Clarita Opelka *aka* Carolta C. Opelka**

United States Bankruptcy Court for the: **Northern District of Illinois (Eastern Division)**

Case number: **19-11380**

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Ditech Financial LLC

**Court claim no**. (if known): 24

**Last 4 digits** of any number you use to identify the debtor's account: 2917

**Does this notice supplement a prior notice of post petition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 4/19/19 & 4/30/19 | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property Inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 **David Opelka**                                                                                          Case number (*if know*) **19-11380**

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[X]   I am the creditor.

[ ]   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Shonta Bealer                                         Date     07/16/2019
      Signature

Print            Shonta Bealer                              Title    Bankruptcy Representative

Company         Ditech Financial LLC
Address         P.O. Box 12740
                Tempe, AZ 85284-0046

Contact phone   888-298-7785                                Email    poc.team@ditech.com

CERTIFICATE OF SERVICE
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of Illinois (Northern)

IN RE: **David Opelka**  *NO:* **19-11380**
**Clarita Opelka** *aka* **Carolta C. Opelka**

I hereby certify that on July 16, 2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

**David Opelka**
4710 West 149th St
Midlothian, IL 60445

**Clarita Opelka**
4710 West 149th St
Midlothian, IL 60445

Via filing with the US Bankruptcy Court's CM ECF system to the following:

**David M Siegel**
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

*Trustee*
**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

This is July 16, 2019

/s/ Shonta Bealer
Shont'a Bealer
Bankruptcy Specialist
Ditech Financial LLC
PO Box 12740
Tempe, AZ 85284-0046
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

## Foreclosure - Foreclosure Services - INVOICE

| | | | |
|---|---|---|---|
| Ditech Financial LLC - MSP | | Invoice #: | |
| | | Invoice Status: | Check Requested(Exc) |
| 345 St Peter Street | | Input By: | Megan Devos |
| St Paul, MN 55102 | | Date Submitted: | 4/23/2019 |
| Re: | OPELIKA DAVID B | Invoice Date: | 4/23/2019 |
| | 4710 149TH ST | Vendor Ref #: | |
| | MIDLOTHIAN, IL 60445 | Vendor Code: | |
| | 0000 | | |
| Loan #: | | Payee Code: | |
| Loan Type: | | Type: | Judicial |
| Inv. ID / Cat. ID: | | Referral Date: | 3/16/2018 |
| Cost Center: | | | |
| CONV-FN Case No: | | Acquisition Date: | |
| GSE Code: | F | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal Date: | N/A |
| Entity Code: | | | |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| | | Protection Begin Date | N/A |
| | | Protection End Date | N/A |
| | | HiType | 1 |
| | | Class Code | AA |
| Invoice ID: | | First Legal Action: | N/A |
| Asset Number: | | Legal Action: | 4/27/2018 |
| Approver Name: | Greg Killian | | |
| Outsourcer: | LPS Default Solutions | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 4/23/2019 | 5/17/2019 | 5/17/2019 | | 5/20/2019 | 5/20/2019 | |

| Cost Description(s) | W/H | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| ~~Sale Costs - Sale Publication~~ | | | ~~04/09/2019~~ | ~~1~~ | ~~$575.00~~ | ~~$575.00~~ | ~~$0.00~~ | ~~$575.00~~ |
| Note: Recoverable from the borrower | | | | | | | | |
| Service From Date: 4/9/2019 | | | Service To Date: 4/9/2019 12:00:00 | | | | | |
| **Exceeds Unit Allowable** | | | | | | | | |
| Sale Costs - Sheriff/Sales Agent - Cancel/Postpone Sale | | | 04/19/2019 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |
| Note: Recoverable from the borrower | | | | | | | | |
| Service From Date: 4/19/2019 | | | Service To Date: 4/19/2019 | | | | | |
| | | | | | | $775.00 | $0.00 | $775.00 |
| **Total:** | | | | | | $775.00 | $0.00 | $775.00 |

**Invoice Level Exceptions**

Exceeds Unit Allowable

**Invoice Level Comment**

Allowable not exceeded

Execution Date Time: 05/20/2019 09:38:04 PM                    Pages: 1/ 1

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

**Bankruptcy - Bankruptcy Services - INVOICE**

| | | | |
|---|---|---|---|
| Ditech Financial LLC - MSP | | Invoice #: | ▮ |
| | | Invoice Status: | Check Requested(Exc/Res) |
| 345 St Peter Street | | Input By: | Tessa Westhoff |
| St Paul, MN 55102 | | Date Submitted: | 5/1/2019 |
| Re: | OPELIKA DAVID B | Invoice Date: | 4/30/2019 |
| | 4710 149TH ST | Vendor Ref #: | |
| | MIDLOTHIAN, IL 60445 | Vendor Code: | ▮ |
| | 0000 | | |
| Loan #: | ▮ | | |
| Loan Type: | | Payee Code: | |
| Inv. ID / Cat. ID: | ▮ | Type: | Non Judicial |
| Cost Center: | | Referral Date: | 4/30/2019 |
| CONV-FN Case No: | | | |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| Entity Code: | | Foreclosure Removal Date: | N/A |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| BK Case No: | 19-11380 | Protection Begin Date | N/A |
| BK Chapter: | 13 | Protection End Date | N/A |
| | | HiType | 1 |
| | | Class Code | AA |
| Invoice ID: | ▮ | | |
| Asset Number: | | | |
| Approver Name: | Greg Killian | | |
| Outsourcer: | LPS Default Solutions | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/1/2019 | 5/23/2019 | 5/24/2019 | | 5/28/2019 | 5/28/2019 | |

| Fee Description(s) | W/H | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - File Review | | | 04/30/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |

**Note:** Plan Review. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower

**Service From Date:** 4/30/2019       **Service To Date:** 4/30/2019

<span style="color:red">Exceeds Unit Allowable</span>

| | | | |
|---|---|---|---|
| | $350.00 | $0.00 | $350.00 |

| Total: | | $350.00 | $0.00 | $350.00 |
|---|---|---|---|---|

**Invoice Level Exceptions**

<span style="color:red">Exceeds Unit Allowable</span>

**Invoice Level Comment**

Allowable not exceeded